65.462-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk

Greetings: To whom It May Concern:

I. Michael Paul Hendrix, am writing this brief notation in referance to my current situation. Defendant Hendrix was sentence to 65 years to the Institutional Division TDCJ on July 22, 2015. The counsel that was appointed to represent me in the Cause No. 2014-F-00198 Injury to a Child, Edwin Buckner Jr. State Bar No. 03308700, fail to bring to the attention of the Trial Court that I wanted to appeal my case. Therefore on July 23, 2015 Defendant Hendrix, filed a Pro-Se Notice of Appeal to Cass County District Clerk Jamie Albertson in which I have not receive a response stating that it has been received and filed. On July 31, 2015 Defendant Hendrix sent a notation to the Honorable Judge Bill Miller and ask that the District Clerk of Cass County to file and forward the notation to the Honorable Judge of the District Court 5TH JUDICIAL DISTRICT CASS County, Texas. Wherefore once more Defendant fail to receive a response from the District Clerk stating that it has been received and filed. Note that on August 22, 2015 would be the end of the 30 days to file a Notice of Appeal. There were several constitutional rights violation in my case and I would like to challenge these violation through my Right to Appeal. Thank you for your time and consideration in this Matter. Thank You.

This the 11 day of August 2015.

Respectfully Submitted
Michael Paul Hendrix
P O Box 180
Linden, Texas 75563

Greetings unto Whom It May Concern:

Dear Clerk, this day I send this second notation due to the fact that I placed an incorrect address to the Court of Appeals and it was sent back. Yet within this notation I would like to bring to the attention of whom it may concern that I have not received a form of any response from the District Clerk as to the Pro-se Notice of Appeal. I'm well aware that the notice of appeal must be sent to the correct Court of Appeals. I've sent the Judge a notation expressing the matter, Yet no response is given. Honorable Trial Judge fail to make notice of my right for appeal as well. On receiving the Judgment I notice that it is void and its some covering up action going on here. I need some form of help for its an high level of corruption going on in this small town. This is not the first time that I have been wrongly convicted. The past conviction I was prosecuted by my blood cousin in which I filed an 11.07, Yet it was denied due to me signing for the time and not fully aware of the law. I receive threats when I came back to this town and what has taken place is a high level of retaliation. I have the evidence of proof, for the corruption is beyond error. I have the right to appeal and under the law the court appointed counsel was to complete his duty. I am in complete need of help, I do not want to be lost in the system because I am aware of their corruption. Could you Please direct me in what I must do. Also, could you Please check the record and see any thing was filed to the Court of Appeal under Cause No 2014-F-00198, Michael Paul Hendrix. My Constitutional right have been Violated to the Greatest degree. I'm not receiving any response from the Cass County District Court 5th Judicial District. Thank You for Your time in Advance with my Current situation.

This the 30 day of August 2015.

Respectfully Submitted
Michael Paul Hendrix
PO Box 180
Linden, Texas 75563